UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ROSA GREEN, )<br>)<br>)<br>   Plaintiff )<br>)<br>vs. )<br>)<br>FRANCIS HEFFRON, NICHOLAS )<br>CULPEPPER, and DEBORAH )<br>CASILLIAS, )<br>)<br>   Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:24-CV-106-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff failed to comply with this court's order of September 24, 2024 [D.E. 7]. In light of plaintiff's failure to comply, the action is DISMISSED without prejudice.

This Judgment filed and entered on November 8, 2024, and copies to:
Rosa Green   (via US Mail to 109 Heronmoon Ct, Havelock, NC 28532)


November 8, 2024               Peter A. Moore, Jr.
                         Clerk of Court


                   By: /s/ Stephanie Mann
                      Deputy Clerk